LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 22 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. |
| Plaintiff, ) | INFORMATION **08-00017** |
| ) | |
| vs. ) | Aiding and Assisting the Filing of False and Fraudulent Federal Income Tax Returns [26 U.S.C. § 7206(2)] |
| BIHNO M. TANAKA, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times relevant herein:

BACKGROUND:

1. The defendant, BIHNO M. TANAKA, resided in the Territory of Guam.

2. The Territory of Guam has its own tax system based on the same tax laws and tax rates that apply to the United States. Residents of Guam who earned income on Guam were required to file their income tax returns with the Government of Guam (hereinafter "GovGuam") Department of Revenue and Taxation.

3. The Internal Revenue Service (hereinafter "IRS") is an agency of the Department of the Treasury of the United States of America responsible for administering and enforcing the

ORIGINAL

tax laws of the United States.

4. The federal Earned Income Tax Credit (hereinafter "EIC") was a refundable federal income tax credit that was only available to qualifying low-income taxpayers who filed their income tax returns with the IRS. The federal EIC reduced the amount of federal income tax that a qualified taxpayer owed and, if the EIC amount exceeded the taxpayer's tax liability, the remaining EIC would have been refunded to the taxpayer. A qualified taxpayer received a larger federal tax refund by claiming the EIC.

5. In order to qualify for the EIC, the taxpayer must have, among other things, earned income including wages, salaries, tips, other employee compensation, or net earnings from self-employment.

6. A taxpayer with a qualifying child may have received a larger EIC than a similarly situated taxpayer without a qualifying child. A qualifying child must have resided in the United States and have the same principal place of abode as the taxpayer for more than one-half of such tax year.

7. Residents of Guam, who earned income on Guam and were required to file their income tax returns with the GovGuam Department of Revenue and Taxation, were not eligible to claim the federal EIC and receive federal income tax refunds from the IRS.

8. IRS procedures permitted a taxpayer to file a U.S. Individual or Joint Income Tax Return, Form 1040 or Form 1040A, electronically with an approved IRS Service Center.

TAX FRAUD:

9. Beginning on or about February 1, 2007, and continuing until on or about April 30, 2007, within the District of Guam and elsewhere, the defendant, BIHNO M. TANAKA, did knowingly and willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service (IRS) by electronic means, of approximately 218 U.S. Individual and Joint Federal Income Tax Returns, Forms 1040 or 1040A, for calendar

2

year 2006, on behalf of Guam resident taxpayers, which were false and fraudulent as to material matters, in that said returns represented that said taxpayers were entitled under the provisions of the Internal Revenue laws to claim Earned Income Credit (EIC) and/or receive federal income tax refunds from the IRS, whereas, as the defendant then and there well knew and believed, said taxpayers were not entitled to claim the EIC and should not have received refunds from the IRS, resulting in an estimated tax loss to the United States of approximately $756,312.00, in violation of Title 26, United States Code, Section 7206(2).

Dated this 21st day of February 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**Criminal Case Cover Sheet**  **U.S. District Court**

**Place of Offense:**

City     Hagatna        **Related Case Information:**      **08-00017**

Country/Parish   N/A         Superseding Indictment _____ Docket Number _____
                                   Same Defendant _____ New Defendant __X__
                                   Search Warrant Case Number _____
                                   R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name        Bihno M. Tanaka

Allisas Name        _____

Address        _____

       Barrigada, Guam

RECEIVED FEB 22 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Birth date __XX/XX/1964__ SS# __XXX-XX-7955__ Sex __M__ Race __Micronesian__ Nationality __FSM__

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: __X__ No ___ Yes        List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __214__     ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7206(2) | AIDING AND ASSISTING THE FILING OF FALSE AND FRAUDULENT FEDERAL INCOME TAX RETURNS | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __2/21/08__     Signature of AUSA: _____