# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00017     DATE: February 22, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori     Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio     Electronically Recorded: 10:40:16 - 11:09:54
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Bihno M. Tanaka     Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Marivic P. David     U.S. Agent:
U.S. Probation: Christopher Duenas     U.S. Marshal: D. Punzalan
Interpreter:     Language:

**PROCEEDINGS: Initial Appearance on an Information, Waiver of Indictment and Plea**
- Financial Affidavit will be submitted later today: Federal Public Defender appointed to represent the defendant.
- Consent to Rule 11 plea in a felony case before a Magistrate Judge executed.
- Waiver of Indictment executed.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Guilty
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Status hearing is set for: May 29, 2008 at 2:30 p.m.
- Defendant released.

NOTES: