# UNITED STATES DISTRICT COURT

**FILED**
DISTRICT COURT OF GUAM
FEB 22 2008
JEANNE G. QUINATA
Clerk of Court

FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.
BIHNO M. TANAKA

WAIVER OF INDICTMENT

CASE NUMBER: 08-00017

I, Bihno M. Tanaka, the above named defendant, who is accused of Aiding and Assisting the Filing of False and Fraudulent Federal Income Tax Returns in violation of Title 26, United States Code, Section 7206(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2/22/2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

BIHNO M. TANAKA
Defendant

JOHN T. GORMAN
Counsel for Defendant

Before JOAQUIN V.E. MANIBUSAN, JR.
Judicial Officer

**ORIGINAL**