# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00017-001 |
| ) | |
| Plaintiff, ) | |
| ) | **INFORMATIONAL REPORT** |
| vs. ) | |
| ) | |
| BIHNO M. TANAKA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Re:   Violation of Pretrial Release Conditions; No Action Requested**

On February 22, 2008, Bihno M. Tanaka appeared before Magistrate Judge Joaquin V. E. Manibusan Jr., for a Waiver of Indictment, Filing of Information, and Entry of Plea Hearing. The Information filed on the same date, charged the defendant with Aiding and Assisting the Filing of False and Fraudulent Federal Income Tax Returns, in violation of 26 U.S.C. § 7206(2).

On the same date, Mr. Tanaka was released on was released on a personal recognizance bond with conditions that he report to the U.S. Probation Office as directed; maintain or actively seek employment; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; maintain a fixed residence and not change residence without permission of the U.S. Pretrial Office; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance abuse testing or electronic monitoring device, which is required as a condition of release; report as soon as possible any contact with law enforcement; and do not leave the Territory of Guam without permission of the Court.

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re:   TANAKA, Bihno M.
Criminal Case No. 08-00017-001
March 11, 2008
Page 2

He is alleged to have violated the following condition of release:

**Mandatory Condition:** *The defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.*

On March 4, 2008, Mr. Tanaka was issued a traffic citation (number 1C0698943) by a Guam Police Department officer for Speeding (60 mph in a 35 mph zone), in violation of Title 16 Guam Code Annotated, Section 3301(f).  On March 5, 2008, this Officer met with Mr. Tanaka for monthly reporting and to discuss the traffic citation.  He admitted that he was speeding and expressed remorse for his conduct.  Mr. Tanaka stated that he will pay the traffic fine prior to a scheduled court appearance at the Superior Court of Guam on March 24, 2008.  This Officer warned him to abide by all traffic laws while on pretrial release.

**Recommendation:**  It is recommended that this report be for informational purposes only and no action be taken at this time.  Mr. Tanaka has been warned of the consequences of further violations.  His compliance will continue to be closely monitored.  Any further violations will be reported to the Court accordingly.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:   /s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
   Supervision Unit Leader

cc:   Marivic P. David, AUSA
   John Gorman, FPD
   File