IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00017 |
| Plaintiff, ) | |
| ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. ) | **AND ADJUDICATING GUILT, AND** |
| ) | **NOTICE OF SENTENCING** |
| BIHNO M. TANAKA, ) | |
| Defendant. ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging him with Aiding and Assisting the Filling of False and Fraudulent Federal Income Tax Returns, in violation of 26 U.S.C. § 7206(2), is now ACCEPTED and the Defendant is ADJUDGED GUILTY of such offense. All parties shall appear before this Court for status hearing on May 29, 2008, at 2:30 p.m., with the sentencing hearing to be scheduled at a later date.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Mar 18, 2008**