JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
BIHNO M. TANAKA



FILED
DISTRICT COURT OF GUAM

MAY 15 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 08-00017 |
| Plaintiff, | ) STIPULATION TO ALLOW |
| | ) DEFENDANT'S TRAVEL TO |
| vs. | ) COMMONWEALTH OF NORTHERN |
| | ) MARIANAS |
| BIHNO M. TANAKA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the defendant, BIHNO M. TANAKA, be allowed to travel to travel to the Commonwealth of the Northern Marianas for a softball tourney, leaving Guam on May 23, 2008 and returning to Guam on May 26, 2008. Mr. Tanaka will telephonically report to U.S. Probation within 24 hours of his return. U.S. Probation Officer, John W. San Nicolas, II, has no objection to this request.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 15, 2008.

_____
JOHN T. GORMAN
Attorney for Defendant
BIHNO M. TANAKA

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORIGINAL**