JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
BIHNO M. TANAKA

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00017 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | Granting Stipulation to Travel |
| BIHNO M. TANAKA, | ) | |
| Defendant. | ) | |

The Stipulation filed on May 15, 2008 requesting that Defendant be permitted to travel to Commonwealth of Northern Marianas from May 23-26, 2008, is hereby approved. The U.S. Probation Office shall release the Defendant's passport to him for this trip, and he shall surrender his passport to U.S. Probation within 24 hours of his return to Guam.



**/s/ Joaquin V.E. Manibusan, Jr.**
     **U.S. Magistrate Judge**
**Dated: May 19, 2008**