LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 23 2008 RD
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00017 |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION OF PARTIES |
| | ) TO CONTINUE STATUS HEARING |
| vs. | ) |
| BIHNO M. TANAKA, | ) |
| Defendant. | ) |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, BIHNO M. TANAKA, by and through his attorney, John T. Gorman, Federal Public Defender, and hereby stipulate and request to continue the status hearing currently set for May 29, 2008, to a date at least two months thereafter convenient to the Court. The parties make this request for the reason that additional time is required in order to debrief the defendant

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

5/22/08
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

5/22/08
Date

JOHN T. GORMAN
Federal Public Defender
Attorney for Defendant

ORIGINAL