LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam  96910
Telephone:  (671) 472-7332/7283
Telecopier:  (671) 472-7334

Attorneys for United States of America

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00017 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BIHNO M. TANAKA, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the stipulation of parties and the court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** the Status Hearing currently scheduled for May 29, 2008, be moved August 6, 2008, at 2:30 p..m.

/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: May 27, 2008**