LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 0 4 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BIHNO M. TANAKA, <br><br> Defendant. | CRIMINAL CASE NO. 08-00017 <br><br> **STIPULATION OF PARTIES TO VACATE STATUS HEARING, AND SET SENTENCING** |

The parties in the above-entitled matter, the United States of America, the defendant, and his counsel, John T. Gorman, Esq., hereby stipulate to vacate the status hearing, now scheduled for

//
//
//
//
//
//

August 6, 2008, and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

                                       LEONARDO M. RAPADAS
                                       United States Attorney
                                       Districts of Guam and NMI

DATED: 7/29/08                    By: _____
                                          MARIVIC P. DAVID
                                           Assistant U.S. Attorney

DATED: 8/4/08                      _____
                                           JOHN T. GORMAN, Esq.
                                           Attorney for Defendant