LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00017 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BIHNO M. TANAKA, | ) | **Re: Stipulation of Parties** |
| Defendant. | ) | |

Based on the Stipulation of Parties filed August 4, 2008, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the status hearing scheduled for August 6, 2008 is vacated, and that sentencing is set for November 3, 2008, at 9:30 a.m. The United States Probation Office shall provide a draft presentence report no later than September 29, 2008. The parties shall file their response to the presentence report no later than October 14, 2008. The United States Probation Office shall provide the final presentence report no later than October 27, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 06, 2008